1 Neda Zaman
2 CalBar: 204593
  Law Offices of Neda Zaman
3 16946 Ventura Boulevard
4 Encino, California 91316
  Tel: (818) 290-3625
5 Tel: (310) 508-8943
6 Email: Neda@Nedalaw.com
  Counsel for Petitioner
7

8              **IN THE UNITED STATES DISTRICT COURT**
               **IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9                             **EASTERN DIVISION**
10

11 Arpineh Kamali-Masihi                ) **Case No.: 5:25-cv-03368-SB-PVC**
12            Petitioners,              )
                                        ) **Order Granting Petition/Order**
13 Ernest Santacruz, in his official capacity as ) **to Show Cause**
14 Filed Office Director, ICE, Los Angeles )
   Filed Office, et al                  )
15            Respondents               )
16                                      )
17                                      )
18                                      )
19

- 1 -

**The Court ORDER GRANTING PETITION/ORDER TO SHOW CAUSE**

**The Court, having considered Petitioner's hereby ORDERS as follows:**

1. The Court issued an Order Requiring a Response to the Petition on December 19, 2025.
2. Respondent has stated it does not intend to oppose the Petition/ Order to Show Cause
3. Accordingly, the Court Grants the Petition/Order to Show Cause.
4. IT IS ORDERED That the Respondent release Petitioner Arpineh Kamali-Masihi from custody no later than January 3, 2026.
5. IT IS FURTHER ORDERED that Respondent shall file a notice of compliance within 5 days from December 31, 2025

**IT IS SO ORDERED.**                                            Date: December 31, 2025

*[signature]*

**HONORABLE PEDRO V. CASTILLO**
**UNITED STATES MAGISTRATE JUDGE**