JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARPINEH KAMALI-MASIHI, | Case No. 5:25-cv-03368-SB-PVC |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| ERNESTO SANTACRUZ, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, it is hereby adjudged that the above-captioned action is dismissed without prejudice.

DATED: July 9, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE